11th
Court of Appeals

                                                                  Eastland,
Texas

                                                             Memorandum
Opinion

 

Larry Jistel

Appellant

Vs.                   No.
11-05-00274-CV -- Appeal from Dallas County

Tiffany Trails Owners= Association, Inc. and Mazhur Hussein

Appellees

 

Larry
Jistel has filed in this court a motion to request a partial dismissal of his
appeal.  In his motion, Jistel states
that he and Mazhur Hussein have reached a settlement agreement.  Jistel asks this court to dismiss his appeal
as to his claims against Hussein.

The
motion is granted.  Jistel=s appeal as to his claims against
Hussein are dismissed.  Jistel=s appeal as to his claims against
Tiffany Trails Owners=
Association, Inc. is still pending before this court.

 

PER CURIAM

 

September 8,
2005

Not designated
for publication.  See TEX.R.APP.P.
47.2(a).

Panel consists
of: Wright, J., and McCall, J.[1]











[1]W. G. Arnot, III, Chief Justice, retired effective July
31, 2005.  The chief justice position is
vacant.